UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| GUVONDA MANUEL,<br>        Plaintiff, | CASE NO. 1:23-cv-00241 |
| v. | Judge |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC;<br>        Defendants. | |

### TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Circuit Court of Cook County, Illinois, Municipal Department, First District, to the United States District Court for the Northern District of Illinois (Chicago), on the following grounds:

    1.    Plaintiff Guvonda Manuel served Trans Union on or about December 29, 2022, with a Summons and Complaint filed in the Circuit Court of Cook County, Illinois, Municipal Department, First District. Copies of the Summons, Complaint, and Civil Action Cover Sheet are attached hereto as **Exhibit A, Exhibit B,** and **Exhibit C,** respectively. No other process, pleadings or orders have been served on Trans Union.

    2.    Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶ 36-59.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Circuit Court of Cook County, Illinois, Municipal Department, First District, to the United States District Court for the Northern District of Illinois (Chicago).

5. As of the date of this Notice Of Removal, Defendant Experian Information Solutions, Inc. ("Experian") has been served. Counsel for Trans Union has contacted counsel and/or corporate representatives for the Defendant and has consented to this removal as evidenced by the consent attached hereto as **Exhibit D**. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6. Notice of this removal will promptly be filed with the Circuit Court of Cook County, Illinois, Municipal Department, First District, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, by counsel, removes the subject action from the Circuit Court of Cook County, Illinois, Municipal Department, First District, to this United States District Court, Northern District of Illinois (Chicago).

Respectfully submitted,

*s/Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (IL #2452849)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400, Ext. 101
Fax: 317-363-2257
E-Mail: cnicodemus@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

        Laura K. Rang, Esq. (IL #2623849)
        TransUnion, LLC
        555 West Adams Street
        Chicago, IL  60661
        Phone:  (312) 213-9858
        Fax:  (312) 466-7986
        E-Mail:  laura.rang@transunion.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of January, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or email on the **17th day of January, 2023** properly addressed as follows:

| **for Plaintiff Guvonda Manual**<br>Michael Wood, Esq.<br>Celetha Chatman, Esq.<br>Community Lawyers LLC<br>980 N Michigan Ave., Suite 1400<br>Chicago, IL 60611<br>mwood@communitylawyersgroup.com<br>cchatman@communitylawyersgroup.com | |
|---|---|

*s/Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (IL #2452849)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 101
Fax:  317-363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*