# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GUVONDA MANUEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC.; EQUIFAX ) <br> INFORMATION SERVICES, LLC; and ) <br> TRANS UNION, LLC. ) <br> ) <br> Defendants. ) | Case No. 2023-cv-00241 |

## NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC. ONLY

**PLEASE TAKE NOTICE**, that the above referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers.

Dated: April 5, 2023

                                                          Respectfully submitted,

                                                          By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers, LLC.**
980 N. Michigan Avenue, Suite 1400
Chicago, IL 60611
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on April 5, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: April 5, 2023**                                                                 Respectfully submitted,

                                                                                         By:   /s/ *Celetha Chatman*