ILND 450 (Rev. 10/13) Judgment in a Civil Action

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Guvonda Manuel,

Plaintiff(s),

v.

Experian Information Solutions, Inc. et al.,

Defendant(s).

Case No. 23-cv-241
Judge LaShonda A. Hunt

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff's motion to remand [10] is granted and Defendant Experian Information Solutions, Inc.'s motion to dismiss [27] is denied as moot. Pursuant to 28 U.S.C. § 1447(c), this case is remanded to the Circuit Court of Cook County, Illinois.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on a motion.

Date: 7/16/2024                    Thomas G. Bruton, Clerk of Court

                                   Carolyn Hoesly, Courtroom Deputy